J-A04015-21

| | |
|---|---|
| JEFFREY E. PERELMAN | : IN THE SUPERIOR COURT OF |
| | : PENNSYLVANIA |
| v. | : |
| | : |
| RAYMOND G. PERELMAN REVOCABLE | : |
| TRUST, SUCCESSOR TO RAYMOND G. | : |
| PERELMAN, DECEASED, DILWORTH | : |
| PAXSON, LLP, JOSEPH JACOVINI, | : |
| LAWRENCE MCMICHAEL, MARJORIE | : |
| OBOD, HAINES & ASSOCIATES, | : |
| CLIFFORD E. HAINES, THE ESTATE | : |
| OF RAYMOND G. PERELMAN, | : |
| JEFFREY E. PERELMAN AND JEP | : |
| MANAGEMENT, INC., COZEN | : |
| O'CONNOR, P.C., STEPHEN A. | : |
| COZEN, AND BRIAN P. FLAHERTY | : |
| | : |
| APPEAL OF: RAYMOND G. PERELMAN | : |
| REVOCABLE TRUST, SUCCESSOR TO | : |
| DEFENDANT RAYMOND G. | : |
| PERELMAN, DECEASED, AND THE | : |
| ESTATE OF RAYMOND G. PERELMAN, | : |
| BY AND THROUGH ITS PERSONAL | : |
| REPRESENTATIVES, RONALD O. | : |
| PERELMAN AND DEBRA PERELMAN | : No. 1464 EDA 2020 |

Appeal from the Order Entered July 20, 2020
In the Court of Common Pleas of Montgomery County
Civil Division at No(s): No. 2013-27085

O R D E R

AND NOW, this 12th day of July, 2021, we grant the application of

Appellees, Cozen O'Connor, P.C., Stephen A. Cozen, and Brian P. Flaherty, to

convert the memorandum decision filed in the above-captioned case to a

published opinion. The memorandum decision filed on July 2, 2021, is

withdrawn.

PER CURIAM